1   QUIN DENVIR, Bar #49374
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   2300 Tulare Street, Suite 330
    Fresno, California  93721-2226
4   Telephone: (209) 487-5561

5   Attorney for Defendant
    DAVID JOSEPH ROSSI

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )   NO. 1:05-CR 00320 AWI
                                          )
12              Plaintiff,                )   ORDER FOR TEMPORARY RELEASE OF
                                          )   DEFENDANT DAVID JOSEPH ROSSI FOR
13        v.                              )   SUBSTANCE ABUSE TREATMENT
                                          )   ASSESSMENT
14   DAVID JOSEPH ROSSI,                  )
                                          )
15              Defendant.                )
                                          )
16   _____        )

17                       O R D E R

18        IT HEREBY ORDERED that defendant DAVID JOSEPH ROSSI shall be granted temporary

19   release from pretrial custody at the Fresno County Jail on the following conditions:

20

21        **1.      Defendant DAVID JOSEPH ROSSI  shall be released from custody at the
          Fresno County Jail at 7:00 a.m. on Tuesday, September 20, 2005, for the purpose
22        of obtaining an assessment to determine his eligibility for acceptance into the
          Delancy Street residential substance abuse treatment program.  Upon completion of
23        the assessment he shall self-surrender at the Fresno County Jail, at or before 8:00 p.m.
          on the same day, September, 20 2005.**

24

25        **2.      Defendant's travel is restricted to travel directly to the Delancy Street Offices, located
          at 600 The Embarcadero, San Francisco,California, and return travel
26        directly to the Fresno County Jail at the conclusion of the assessment.**

27

28        **3.      Defendant shall be released to the third party custody of his parents, Kristi and
          Irby Iness.  He shall remain in the presence of Kristi and Joseph Inness  at all**

1

**times during his release from custody except for those times when the assessment is being conducted by Delancy Street personnel and he is in the physical presence of Delancy Street personnel.**

2

**4.      Defendant shall refrain from any use of alcohol or any use or possession of a narcotic drug or other controlled substance during his temporary release.**

3

4

**5.      Defendant shall not possess a firearm, destructive device, or other dangerous weapon during his temporary release.**

5

6

7

      IT IS SO ORDERED.

8

      **Dated:     September 16, 2005**                **/s/ Dennis L. Beck**

9

3b142a                                      UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order for Temporary Release
of defendant David Joseph Rossi