IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID JOSEPH ROSSI, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 1:05-cr-00320 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON <br><br> Date:  November 28, 2005 <br> Time:  9:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

On November 9, 2005, the parties in this case filed the following stipulation:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARLON COBAR, Assistant United States Attorney, Counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, Counsel for Defendant DAVID JOSEPH ROSSI, that the status conference in this matter, now scheduled for November 14, 2005, may be continued to November 28, 2005, at 9:00 a.m. **The date currently set for status conference is November 14, 2005.  The requested new date is November 28, at 9:00 a.m.**

This continuance is requested for the reason that it is anticipated a negotiated settlement will resolve this matter, but additional time is needed for investigation and negotiations to either finalize the agreement or prepare for trial.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT

|   |   |
|---|---|
|   | United States Attorney |
| DATED: November 9, 2005 | By  /s/ Marlon Cobar<br>MARLON COBAR<br>Attorneys for Plaintiff |
|   | QUIN DENVIR<br>Federal Public Defender |
| DATED: November 9, 2005 | By  /s/ Eric V. Kersten<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>DAVID JOSEPH ROSSI |

## **O R D E R**

Accordingly, IT IS HEREBY ORDERED that the status conference in this matter that is scheduled for November 14, 2005, is CONTINUED to November 28, 2005, at 9:00 a.m., and that the intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   November 10, 2005**          /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
and [Proposed] Order Thereon                          2