| | |
|---|---|
| 1 | QUIN DENVIR, Bar #049374 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | DAVID JOSEPH ROSSI |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:05-cr-00320 AWI |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND ORDER THEREON |
| v. | ) | |
| | ) | Date:  November 28, 2005 |
| DAVID JOSEPH ROSSI, | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARLON COBAR, Assistant United States Attorney, Counsel for Plaintiff, and  ERIC V. KERSTEN, Assistant Federal Defender, Counsel for Defendant DAVID JOSEPH ROSSI , that the status conference in this matter, now scheduled for November 14, 2005, may be continued to November 28, 2005, at 9:00 a.m. **The date currently set for status conference is November 14, 2005.  The requested new date is November 28, at 9:00 a.m.**

This continuance is requested for the reason that it is anticipated a negotiated settlement will resolve this matter, but additional time is needed for investigation and negotiations to either finalize the agreement or prepare for trial.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                                            McGREGOR W. SCOTT
                                                            United States Attorney

DATED: November 9, 2005                By  /s/ Marlon Cobar
                                                               MARLON COBAR
                                                               Attorneys for Plaintiff

                                                               QUIN DENVIR
                                                               Federal Public Defender

DATED: November 9, 2005                By  /s/ Eric V. Kersten
                                                               ERIC V. KERSTEN
                                                               Assistant Federal Defender
                                                               Attorneys for Defendant
                                                               DAVID JOSEPH ROSSI

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   November 14, 2005**          /s/ **Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE