QUIN DENVIR, Bar #049374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID JOSEPH ROSSI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:05-cr-00320 AWI |
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | ) ) | Date: December 19, 2005 |
| DAVID JOSEPH ROSSI, | ) ) | Time: 9:00 a.m. Judge: Hon. Anthony W. Ishii |
| Defendant. | ) ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARLON COBAR, Assistant United States Attorney, Counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, Counsel for Defendant DAVID JOSEPH ROSSI , that the status conference in this matter, now scheduled for November 28, 2005, may be continued to December 19, 2005, at 9:00 a.m. **The date currently set for status conference is November 28, 2005. The requested new date is December 19, at 9:00 a.m.**

This continuance is requested for the reason that it is anticipated a negotiated settlement will resolve this matter, but additional time is needed for investigation and negotiations to either finalize the agreement or prepare for trial.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

1 | preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

4 | DATED: November 22, 2005            By  /s/ Marlon Cobar
                                         MARLON COBAR
                                         Attorneys for Plaintiff

QUIN DENVIR
Federal Public Defender

8 | DATED: November 22, 2005            By  /s/ Eric V. Kersten
                                         ERIC V. KERSTEN
                                         Assistant Federal Defender
                                         Attorneys for Defendant
                                         DAVID JOSEPH ROSSI

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:    November 22, 2005**            /s/ **Anthony W. Ishii**
0m8i78                                UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
and [Proposed] Order Thereon              2