PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:05CR00320-01 AWI** |
| ) | |
| **David Joseph Rossi** ) | |
| ) | |

On September 15, 2006, the above-named commenced Supervised Release for a period of 3 years, after being sentenced to supervised release on April 17, 2006.  He has complied with the rules and regulations of supervision, has met all financial obligations, and successfully complete electronic monitoring.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Jose T. Pulido

**Jose T. Pulido
United States Probation Officer**

Dated:     October 3, 2008
           Fresno, California
           jtp

**REVIEWED BY:**     /s/ Hubert J. Alvarez
                    **HUBERT J. ALVAREZ
                    Supervising United States Probation Officer**

**Re:   David Joseph Rossi**
**Docket Number:   1:05CR00320-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervisee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   November 3, 2008**                    /s/ Anthony W. Ishii
                                                                CHIEF UNITED STATES DISTRICT JUDGE